GERALDINE KELLY, Appellant, *v.* G-M LAND CORPORATION, Respondent.

Submitted February 17, 1947; decided February 21, 1947.

*David L. Weissman* and *Harry Hausknecht* for motion.

*Abraham A. Jacobson, Henry Vollmer, Jr.,* and *John C. Osborne* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.